JOHN D. D'ERCOLE, ESQ.
(jdd@robinsonbrog.com)
Robinson Brog Leinwand Greene Genovese
& Gluck P.C.
875 Third Avenue, 9th Floor
New York, New York 10022-0123
(212) 603-6300
*Attorneys for Petitioner*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of<br><br>JOSHUA SASON,<br><br>Petitioner,<br><br>to Quash a Summons issued by<br><br>YOSSEF KAHLON a/k/a JOSSEF KAHLON, and TJ MANAGEMENT GROUP LLC,<br><br>Respondent. | Docket No.: 13 MC 0203<br><br>**DECLARATION OF<br>DAVID DANOVITCH, ESQ.** |

**DAVID DANOVITCH**, pursuant to 28 U.S.C. §1746, declares as follows:

1.  I am a member of the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C., counsel for petitioner Joshua Sason ("Sason"). I submit this declaration in support of Sason's Petition to quash a Subpoena to Testify at a Deposition on June 26, 2013 at 9:30 a.m. at 210 Fifth Avenue, Suite 401, New York, New York (the "Subpoena")(attached to the Petition as Exhibit A).

2.  In a previous action commenced by the respondents against Sason in the Supreme Court of the State of New York, County of Nassau, the respondents' counsel attempted to serve the summons and complaint on Sason at 83 Cherry Drive West, Plainview, NY 11803. I informed respondents' counsel at that time that Sason did not reside or conduct business at that location. Despite that knowledge, respondents' counsel who issued the Subpoena, the same

counsel representing respondents in the Nassau County Action, attempted to serve the Subpoena on Sason at the same Cherry Drive address.

3. This is not a proper address for service of process on Sason as set forth in the accompanying memorandum of law.

4. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 10, 2013.

David Danovitch