UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Matter of the Application of

JOSHUA SASON,

                          Petitioner,

to Quash a Summons issued by

YOSSEF KAHLON a/k/a JOSSEF KAHLON,
and TJ MANAGEMENT GROUP LLC,
                          Respondents.

Case No. 13 MISC 0203

AFFIDAVIT OF SERVICE

---

COUNTY OF ALBANY SS:
STATE OF NEW YORK

Jeffrey Teitel being duly sworn, deposes and says that he is over the age of eighteen years, is not a party to this action and is acting as agent of **METRO ATTORNEY SERVICE INC.**

That on the 14th day of June 2013, at approximately the time of 12:30 PM at the office of the Secretary of State, of the State of New York, in the City of Albany, New York, Miscellaneous Case Cover Sheet, Amended Notice of Motion, Petition to Quash Subpoena and Memorandum of Law in Support of Motion to Quash Subpoena on **TJ MANAGEMENT GROUP LLC** a defendant to this action, by delivering and leaving with Tammy Alexander, an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 303 of the Limited Liability Company Law.

Deponent further states that he knew the person so served as aforesaid to be the individual on the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of the said defendant.

Tammy Alexander is a black female, approximately 45 years of age, stands 5 feet 7 inches tall, weight approximately 145 pounds with black hair.

                                                        _____
                                                        Jeffrey Teitel

Sworn to before me
this 14th day of June, 2013

_____
Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2013

```
                State of New York - Department of State
                          Receipt for Service


Receipt #:  201306140181                        Cash #: 201306140181
Date of Service:  06/14/2013                    Fee Paid: $40 - DRAWDOWN
Service Company:  JR METRO ATTORNEY SERVICE INC.

Service was directed to be made pursuant to:  SECTION 303 OF THE LIMITED
    LIABILITY COMPANY LAW

Party Served:   TJ MANAGEMENT GROUP, LLC



Plaintiff/Petitioner:
           SASON, JOSHUA




Service of Process Address:
SALON MARROW DYCKMAN & NEWMAN LLP
STUART B. NEWMAN ESQ.
292 MADISON AVENUE
NEW YORK,  NY 10017
                                                    Secretary of State
                                                    By   TAMMY ALEXANDER
```