UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSHUA SASON,

        Plaintiff(s),                          Index No. 13MISC0203

  -against-                                AFFIDAVIT OF SERVICE

YOSSEF KAHLON a/k/a JOSSEF KAHLON,
and TJ MANAGEMENT GROUP LLC,

        Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK   )
                        S.S.:
COUNTY OF NEW YORK)

        JESSE GOLDMAN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 17th day of June, 2013, at approximately 6:44 PM, deponent attempted to serve a true copy of the Miscellaneous Case Cover Sheet, Amended Notice of Motion, Petition to Quash Subpoena with supporting papers, Memorandum of Law in Support of Motion to Quash Subpoena and Individual Rules of Practice of Hon. Jed S. Rakoff upon YOSSEF KAHLON a/k/a JOSSEF KAHLON at 265 East 66th Street, Apt. 31E, New York, New York, but received no response to repeated calls to the apartment.

        That on the 18th day of June, 2013, at approximately 3:47 PM, deponent again attempted to serve a true copy of the Miscellaneous Case Cover Sheet, Amended Notice of Motion, Petition to Quash Subpoena with supporting papers, Memorandum of Law in Support of Motion to Quash Subpoena and Individual Rules of Practice of Hon. Jed S. Rakoff upon YOSSEF KAHLON a/k/a JOSSEF KAHLON at 265 East 66th Street, Apt. 31E, New York, New York, but again received no response to repeated calls to the apartment.

        That on the 19th day of June, 2013, at approximately 7:50 AM, deponent again attempted to serve a true copy of the Miscellaneous Case Cover Sheet, Amended Notice of Motion, Petition to Quash Subpoena with supporting papers, Memorandum of Law in Support of Motion to Quash Subpoena and Individual Rules of Practice of Hon. Jed S. Rakoff upon YOSSEF KAHLON a/k/a JOSSEF KAHLON at 265 East 66th Street, Apt. 31E, New York, New York, but again received no response to repeated calls to the apartment. At that time, therefore, deponent served a true copy of the aforementioned papers upon YOSSEF KAHLON a/k/a JOSSEF KAHLON by personally delivering and leaving the same with John Doe, who refused to provide

deponent his name, the doorman, a person of suitable age and discretion at that address, the actual place of residence, who refused to allow deponent access to the apartment door to affix a copy of the aforementioned documents. At the time of service, deponent asked if YOSSEF KAHLON a/k/a JOSSEF KAHLON is in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

John Doe is a white male, approximately 69 years of age, stands approximately 5 feet, 9 inches tall, weighs approximately 170 pounds with gray hair and glasses.

That on the 19th day of June, 2013, deponent another true copy of the foregoing upon YOSSEF KAHLON a/k/a JOSSEF KAHLON by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

YOSSEF KAHLON a/k/a JOSSEF KAHLON
265 East 66th Street, Apt. 31E
New York, New York 10065

_____
JESSE GOLDMAN #1417385

Sworn to before me this
24th day of June, 2013

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2014