UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of<br><br>JOSHUA SASON,<br><br>                                        Petitioner,<br><br>To Quash a Summons issued by<br><br>YOSSEF KAHLON a/k/a JOSSEF KAHLON, and TJ MANAGEMENT GROUP LLC,<br><br>                                        Respondents. | Docket # 13 MISC 0203<br><br>**AFFIDAVIT OF SERVICE VIA**<br><br>**FEDERAL EXPRESS** |

The undersigned being duly sworn deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides at Freeport, New York; that on the 12 day of June, 2013, deponent served a true copy of Miscellaneous Case Cover Sheet, Amended Notice of Motion to Quash Subpoena with supporting papers and Memorandum of Law in support of Motion to Quash Subpoena, upon:

> John E. Birkenheier
> 175 West Jackson Blvd – Suite 900
> Chicago, IL 60604
> Federal Express #7999 8717 2209
>
> Jonathan Stephen Polish
> 175 West Jackson Blvd – Suite 900
> Chicago, IL 60604
> Federal Express #7999 8720 4930
>
> Timothy Leiman
> 175 West Jackson Blvd – Suite 900
> Chicago, IL 60604
> Federal Express #7999 8715 0237
>
> Toby M. Galloway
> 801 Cherry Street, 19th Floor
> Forth Worth, TX 76102
> Federal Express #7999 8712 9117

{00628429.DOC;1 }

      The Heller Law Firm, P.C
      3000 Marcus Avenue – Suite 3W4
      Lake Success, NY 11042
      Federal Express #7999 8730 9018

by depositing a true copy thereof enclosed in wrappers as shown above, into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery.

                                                  _____
                                                  Rosalind Douglas

Sworn to before me this
13th day of June, 2013

_____
Notary Public

        JOANNE BRENNAN
   Notary Public, State of New York
No. 01BR6173507 Qualified in Nassau County
   Certificate Filed in New York County
   Commission Expires Sept. 10, 20 15

{00628429.DOC;1 }