USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joshua Sason
     Plaintiff,

-against-

Yossef Kahlon a/k/a Jossef Kahlon and
TJ Management Group, LLC
     Defendant.

13 MISC 203

**ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION**

Upon the oral motion of __Norman H. Heller__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

__New York State__; and that his/her contact information is as follows (please print):

 Applicant's Name: __Norman H. Heller__

 Firm Name: __The Heller Law Firm, P.C.__

 Address: __3000 Marcus Avenue Suite 3W4__

 City / State / Zip: __Lake Success, NY 11042__

 Telephone / Fax: __Ph 516 441 5656   Fax 516 441 5666__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

__Respondents__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated: 7/9/13

              _[signature]_
              United States District / ~~Magistrate~~ Judge

IN PART I

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Joshua Sason
                Plaintiff,

                ____cv_____ (     )
    -against-

Yossef Kahlon a/k/a Jossef Kahlon and    **ORDER FOR ADMISSION**
TJ Management Group LLC                **PRO HAC VICE**
                Defendant.                **ON ORAL MOTION**

      Upon the oral motion of ___Norman H. Heller_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

New York State_____; and that his/her contact information is as follows (please print):

      Applicant's Name: __Norman H. Heller_____

      Firm Name: __The Heller Law Firm, P.C._____

      Address: ____3000 Marcus Avenue Suite 3W4_____

      City / State / Zip: Lake Success, NY 11042_____

      Telephone / Fax: Ph 516 441 5656   Fax 516 441 5666

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Respondents _____ in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated:_____                             _____

                                                United States District / Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Joshua Sason
                Plaintiff,

                                                                                                                                                                                                          \_\_\_\_cv_____(       )

            -against-

Yossef Kahlon a/k/a Jossef Kahlon and    **ORDER FOR ADMISSION**
TJ Management Group, LLC                 **PRO HAC VICE**
                       Defendant.                               **ON ORAL MOTION**

Upon the oral motion of \_\_\_Norman H. Heller_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

New York State _____; and that his/her contact information is as follows (please print):

Applicant's Name: \_\_Norman H. Heller_____

Firm Name: \_\_The Heller Law Firm, P.C._____

Address: \_\_\_3000 Marcus Avenue Suite 3W4_____

City / State / Zip: Lake Success, NY 11042_____

Telephone / Fax: Ph 516 441 5656   Fax 516 441 5666

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Respondents _____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated:_____                                      _____

                                                                 United States District / Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Joshua Sason
                     Plaintiff,

                                                                                                                         cv_____(   )

         -against-

Yossef Kahlon a/k/a Jossef Kahlon and    **ORDER FOR ADMISSION**
TJ Management Group, LLC                   **PRO HAC VICE**
                     Defendant.                             **ON ORAL MOTION**

Upon the oral motion of ___Norman H. Heller_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

New York State _____; and that his/her contact information is as follows (please print):

    Applicant's Name: __Norman H. Heller_____

    Firm Name: __The Heller Law Firm, P.C._____

    Address: ___3000 Marcus Avenue Suite 3W4_____

    City / State / Zip: _Lake Success, NY 11042_____

    Telephone / Fax: _Ph 516 441 5656   Fax 516 441 5666_

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Respondents _____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court.

Dated:_____                              _____

                                                       United States District / Magistrate Judge