UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
In the Matter of the Application of     :
JOSHUA SASON,                            :
                                         :
            Petitioner,                  :
                                         :
        -v-                              :
                                         :   13 Misc. 203
to Quash a Summons Issued By             :
                                         :   ORDER
YOSSEF KAHLON a/k/a JOSSEF KAHLON and    :
TJ MANAGEMENT GROUP LLC,                 :
                                         :
            Respondents.                 :
---------------------------------------- x



JED S. RAKOFF, U.S.D.J.

On July 9, 2013, the Court heard oral argument in the above-captioned matter regarding Joshua Sason's motion to quash the subpoena issued to him by Yossef Kahlon. For the reasons stated in open court, the Court hereby confirms its ruling from the bench granting the motion to quash, see Tr. of 7/9/2013.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.
     [Part I]

Dated: New York, New York
       July 9, 2013

1